UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

_Gilbert Louis Mobley_
Plaintiff

vs.

_See Attached List; #①Rick Artman_
Defendant

Case No: _____

## APPLICATION FOR APPOINTMENT OF COUNSEL

I am without means to employ counsel.

I have contacted the following attorneys (at least three)

1) _Craig Lowther;_
2) _Brian T Goldstein - St. Louis_
3) _John F. Murphy_
4) _Strong - Garner - Bauer_
5) _Matthew Smith Phillips & Cohen_

but have been unable to obtain their services.

My "Affidavit of Financial Status" _____ is attached, _____ was previously filed.

_Gilbert L. Mobley_
Plaintiff