These tapes on this thumb drive were released to Greene County Clerk for the purpose of permanent archiving into the county records. They should be available by sunshine law requests. This is where their cover-up becomes readily apparent to the public, yet these defendants continue to lie for over a year more.

The tapes are recorded conversations with public officials in meeting environments. The first tape is the of the county's "geologist", Matt Forir in his museum at the southernmost part of the River Bluff Cave Network.

DATE: April 10, 2018

Part 1: Matt speaks in his museum and reveals highly incriminating information. The ending is R rated; it's the F word and what he thinks of Matt Blunt's political tactics.* Matt Forir the museum's curator and county "geologist" explains how he refused to allow the Governor into see his museum because he disagreed with his tactics.

In this first tape, Matt Forir's explains (while standing in his own museum among a volunteer or two) some very important points.

1) He reveals his own complete ignorance to the Kansas Expressway Extension realignment. His insistence that it still hugs the old roadbed along and just west of Lennox park sounds legitimate. (I believe he was left in the dark because of the utter destruction of KE-21, 16 and 19 that is later revealed in subsequently released Geotechnical Reports, months later, to which I doubt he was ever privy to.)
2) Matt Forir reveals his insistence that this older realignment tight along Lennox Park was necessary to preserve the springs and the delicate recharge areas, vital for the fragile ecological balance that would be lost with a more westward shift, as was the current proposal.
3) Matt Forir reveals he really needs that expressway (that quite literally terminates at his domedom and museum) for his struggling museum to survive. He outlines the number of road signs that could be saved in attempts to route tourists without the arterial.
4) Matt Forir brags about his discovery that the entire ledge from Plainview Road to his domedom a mile south is actually a whole string of caves "along there." He states that he wrote a thesis in grad school. The thesis was on the cave network after he charted Ward Cave 2 as far as he could. He goes on to say that in this thesis that he PREDICTED THE PRESENCE OF THE ONLY PRESERVED PREHISTORIC ICE AGE CAVE ON OUR CONTINENT found years later on 911. He says in the recording that he turned that report into some consultants and it disappeared. (Imagine that.)

*(Full disclosure: Senator Roy Blunt intervened as a seat mate to assist me through my own medical emergency six years ago.)

The next tape is with the Greene County lead road engineer, Adam Humphries <u>later that same day</u> in my back yard with two of my neighbors.

Part 2: Chief Greene County Highway Department engineer Adam Humphrey first speaks to my neighbors in our back yards that Kansas Expressway Extension cuts through the eastern edge of Woodfield Place. One other GCHD was present along with Susan Ottendorf and Hillary Hubbard, my two next door neighbors, north and south respectively.

(By this time of the conspiracy the various agencies and entities had completely hatched their plan to get this realignment of the expressway through the comment period ASAP, especially before the pending bat, geotechnical and archeology reports are even presented from the consultants.)

In this second tape Adam first realizes that they have been caught lying about the presence of geological info, specifically referencing Ward Cave Two or KE-21. He has to play dumb. After a long pause the scene changes. We're at the actual cave itself and the still play dumb as to its involvement. They acted like they were clueless about this cave's involvement in the planning process….. despite huge excoriations caused from the tank-sized remote controlled geotechnical boring machine's path of fallen trees just above the cave's entrance, literally within spitting distance.

Part 3:

The last tape in this thumb drive is a meeting two weeks later. It takes place inside the Greene County Highway Department in Springfield off Clifton Road. It's April 25, 2018 at the GCHD round table meeting with Adam, Jeff Avers and some other older GCHD man. (He's the one on the tape that admonished me for even going near the cave.)

Part 3 tape is just days away from the closure of the comment period. Numerous members of the community had become concerned about this issue as it was very well covered in the press and TV news. There was a large public outcry that's well documented requesting an extension of the comment period to get answers. I even called MODOT official in Jeff City and notified Commissioner Harold Bensch over the phone of the discrepancies and urgency to extend the comment period. Harold knew the discrepancies were widely known to the public and about all the pending reports, yet seemed not to care.

They all lie about the cave/s. Amazingly despite their lies being covered on the front page of the Springfield News Leader and local press and clearly whitewashed from its appearance from the first Environmental Assessment Report on March of 2017. (Page 3-45, submitted today with this paper.)

Clearly, they knew what they were up to. They all were obstructing justice in covering their lies with more lies.

(In my opinion, these tapes are a good lesson on forced lying detection with audio alone, particularly Adam.)

Thank you,

*[signature]*
*9/26/19*