UNITED STATES DISTRICT COURT
for the
Western District of Missouri
Southern Division

| | |
|---|---|
| **GILBERT MOBLEY**, | ) |
| Plaintiff, | ) |
| v. | ) Case No. <u>6:19-cv-03337-BCW</u> |
| **RICK ARTMAN**, *et al.* | ) |
| Defendant. | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To Gilbert Mobley:

I, or the persons I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the persons I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the persons I represent, must file and serve an answer or a motion under Rule 12 within 60 days from September 27, 2019, today's date, because no request to waive service of summons has been sent. If I fail to do so, a default judgment will be entered against me or the persons I represent.

**DATE**: September 27, 2019

                                                Respectfully Submitted,

                                                MISSOURI HIGHWAYS AND
                                                TRANSPORTATION COMMISSION

<pre>
                              By: /s/ Scott Sergent
                              Scott Sergent    #67399
                              Assistant Counsel
                              Chief Counsel's Office
                              105 W. Capitol Avenue
                              P.O. Box 270
                              Jefferson City, MO 65102
                              (573) 526-8795
                              Scott.Sergent@modot.mo.gov

                              Dannett L. Letterman   #50264
                              Regional Counsel
                              Dannett.Letterman@modot.mo.gov

                              Terri Parker            #40569
                              Assistant Chief Counsel

                              Rich Tiemeyer           #23284
                              Chief Counsel

                              ATTORNEYS FOR DEFENDANT
</pre>

CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of September, 2019, I filed a true and accurate copy of the foregoing document with the court's electronic filing system that sent notice of such filing to:

Gilbert Louis Mobley
5110 S. Woodfield Place
Springfield, MO 65810
drgilmobley@gmail.com

/s/ Scott Sergent
Scott Sergent